IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TONYA MICHELLE MAHONE, as Personal Representative of the Estate of GERARD WATSON, Deceased,
Plaintiff,

v.  CIV 15-1009 PK/KBM

GARY EDEN, JACQUELINE R. FLETCHER, and CRST EXPEDITED, INC.,
Defendants.

## NOTE FROM THE JURY TO THE COURT

WE'VE REACHED A VERDICT

RESPONSE: _____

7/10/19
(DATE)

4:24
(TIME)

JURY FOREPERSON