# UNITED STATES DISTRICT COURT
### District of New Mexico

*MAHONE v. EDEN,*
Case No. 1:15-cv-01009-PJK-KBM

## COURT'S EXHIBIT LIST

| Presiding Judge: Paul J. Kelly, Jr. | Plaintiff's Counsel: Paul Barber, Nathan Anderson, and Mark Caruso | Defendant's Counsel: Mark Klecan (Eden) Darci Carroll (Fletcher) |
|---|---|---|
| Trial Dates: July 8–10, 2019 | Court Reporter: Julie Goehl | Courtroom Deputy/Law Clerk: R.J. Tepper and J. Hermann |

| Ex. No. | Contested | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 1 | X | | X | 7/9/2019 | | Jacqueline Fletcher Logs (**LIMITED**) |
| 2 | X | | | | | Gerard Watson Logs (**LIMITED**) |
| 3 | | | X | 7/9/2019 | | Death Certificate |
| 4 | | | X | 7/9/2019 | Mahone | Burial Receipts |
| 5 | | | X | 7/9/2019 | | Electronic Recording Data |
| 6 | X | | | | | IC Agreement and Equipment Lease (**EXCLUDED**) |
| 7 | X | | X | 7/9/2019 | Brunson | Photo of scene – front view |
| 8 | X | | | | | Photo of scene – front view |
| 9 | X | | X | 7/9/2019 | Brunson | Photo of scene – cab view |
| 10 | X | | | | | Photo of scene – cab view |
| 11 | X | | | | | Photo of scene – cab view |
| 12 | X | | X | 7/9/2019 | Brunson | Photo of scene – cab view |
| 13 | X | | | | | Photo of scene – trailer view |
| 14 | X | | X | 7/9/2019 | | Photo of scene – rear view |
| 15 | X | | X | 7/9/2019 | | Photo of scene – post accident |
| 16 | X | | | | | Photo of scene – post accident |
| 17 | X | | | | | Photo of scene – post accident |
| 18 | X | | | | | Photo of rear tractor – on scene |
| 19 | X | | | | | Photo of scene |
| 20 | X | | X | 7/9/2019 | Brunson | Photo of Gerard Watson at scene |
| 21 | X | | | | | Photo of Gerard Watson at scene |
| 22 | X | | | | | Photo of Gerard Watson at scene |
| 23 | | | | | | CFR § 390.5 – Definitions (**WITHDRAWN**) |
| 24 | | | | | | FMCSA, DOT § 390.5 – Definitions (**WITHDRAWN**) |

| 25 |   |   | X | 7/9/2019 |   | CFR § 392.3 |
|----|---|---|---|----------|---|-------------|
| 26 |   |   | X | 7/9/2019 |   | CFR § 392.4 |
| 27 | X |   | X | 7/9/2019 | Brunson | Crash Report (**Redacted**) |
| 28 |   |   | X | 7/9/2019 | Mahone | Photo of Gerard Watson |
| 29 |   |   | X | 7/9/2019 |   | Photo of Gerard Watson |
| 30 |   |   | X | 7/9/2019 | Mahone | Photo of Gerard Watson – football |
| 31 |   |   | X | 7/9/2019 |   | Photo of Gerard Watson – prom |
| 32 |   |   | X | 7/9/2019 | Mahone | Photo of Gerard Watson |
| 33 |   |   | X | 7/9/2019 |   | Eden's Medication List – Gary Eden Deposition Exhibit #1 |
| 34 |   |   |   |          |   | State of New Mexico Incident Report, Incident No. 2013-11274 (**WITHDRAWN**) |
| 35 |   |   |   |          |   | Office of the Medical Examiner Report of Findings, OMI # 2013-03690 (**WITHDRAWN**) |
| 36 |   |   |   |          |   | Demonstrative Exhibits |
| 37 |   |   | X | 7/8/2019 |   | Stipulated Expert Report of Brian McDonald |