# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| TONYA MICHELLE MAHONE, as Personal Representative of the Estate of GERARD WATSON, Deceased,<br><br>      Plaintiff,<br><br>vs.<br><br>GARY EDEN, JACQUELINE R. FLETCHER, and CRST EXPEDITED, INC.,<br><br>      Defendants. | No. 1:15-cv-01009-PJK-KBM |

# JUDGMENT

THIS MATTER came on for summary judgment proceedings concerning Defendant CRST Expedited, Inc. and a jury trial concerning the remaining parties on July 8–10, 2019. The court having rendered its decision (ECF No. 123), and the jury having rendered its special verdict (ECF No. 206),

IT IS ORDERED, ADJUDGED AND DECREED that:

(1) Plaintiff Tonya Michelle Mahone, as Personal Representative of the Estate of Gerard Watson, Deceased, take nothing on her complaint against Defendant CRST Expedited, Inc. and that Defendant CRST Expedited, Inc. recover its costs against Plaintiff; and

(2) Plaintiff Tonya Michelle Mahone, as Personal Representative of the Estate of Gerard Watson, Deceased, recover of the remaining Defendants, severally, as follows: (a) Defendant Gary Eden the sum of $3,696,300, and (b) Defendant Jacqueline R. Fletcher, the sum of $3,696,300; both amounts with interest thereon at the rate provided by law, and (c) her costs of action.

DATED this 15th day of July 2019, at Santa Fe, New Mexico.

/s/ Paul Kelly, Jr.
United States Circuit Judge
Sitting by Designation