# UNITED STATES DISTRICT COURT

## for the

### District of New Mexico

| | |
|---|---|
| Tonya Michelle Mahone, as Personal Representative of the Estate of Gerard Watson, v. Gary Eden, Jacqueline R. Fletcher, CRST Expedited, Inc. and XYZ Corp. | ) ) ) ) ) Case No.: 1:15-CV-01009-MV/KBM |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___07/15/2019___ against ___Fletcher and Eden___ ,
<br>Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $        303.40 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 644.10 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 3,481.17 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 182.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $        4,610.67 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

---

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓]  Electronic service          [ ]  First class mail, postage prepaid

[ ]  Other: _____

s/ Attorney:     /s/ Nathan S. Anderson_____

Name of Attorney:  Nathan S. Andeson_____

For: _____Plaintiff, Tanya Mahone_____    Date: ___08/13/2019___
<br>*Name of Claiming Party*

---

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
*Clerk of Court*                              *Deputy Clerk*                            *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Rodger Brunson<br>Albuquerque, NM | 2 | 80.00 | 0 | 0.00 | 0 | 0.00 | $80.00 |
| Harold Munoz<br>San Bernadino, CA | 1 | 40.00 | | | | 16.00 | $56.00 |
| Tammie Cheney<br>Cedar Rapids, IA | 1 | 40.00 | | | | 6.00 | $46.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $182.00 |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| Category | Date | Payee | Amount | |
|---|---|---|---|---|
| Fees of the Clerk | 5/8/2015 | NM State Court/Odyssey | $ 142.70 | |
| | 10/1/2015 | NM State Court/Odyssey | $ 142.70 | |
| | 10/5/2015 | NM State Court/Odyssey | $ 6.00 | |
| | 10/12/2015 | NM State Court/Odyssey | $ 6.00 | |
| | 10/19/2015 | NM State Court/Odyssey | $ 6.00 | |
| Service of Process | 1/12/2017 | Bosco Legal Services, Inc. | $ 75.00 | Srvc on H. Munoz |
| | 1/12/2017 | ASAP Process Service | $ 60.00 | Srvc on Cheney, T. |
| | 6/18/2019 | Garcia Process Serving | $ 43.15 | Srvc on Brunson |
| | 10/12/2015 | Garcia Process Serving | $ 73.00 | Srvc on CRST |
| | 10/7/2015 | Valley Wide Process Service | $ 50.00 | Srvc on Eden |
| | 5/6/2016 | Anderson Investigations | $ 75.00 | Srv on Fletcher |
| | | Hamilton County Sheriff | $ 28.00 | Srvc on Fletcher |
| | 2/2/2016 | Nicoletti & Harris, Inc. | $ 69.95 | Srvc on National Union Fire Ins. Co. |
| | 3/25/2016 | Information Network Associates, Inc. | $ 60.00 | Attempted Srvc on Fletcher |
| | 10/12/2015 | Associates, Inc. | $ 50.00 | Srvc on Fletcher |
| | 1/19/2017 | ASAP Process Service | $ 60.00 | Srvc on Cheney, T. |
| Fees for Transcripts | 6/20/2017 | Esquire Deposition Solutions | $ 172.95 | Video Depo of Mahone |
| | 6/20/2017 | Esquire Deposition Solutions | $ 353.45 | Depo of Mahone |
| | 3/9/2017 | Coash & Coash | $ 320.00 | Video Depo of Eden |
| | 2/16/2017 | Coash & Coash | $ 509.72 | Depo of Eden |
| | 1/9/2017 | Esquire Deposition Solutions | $ 834.20 | Depo of Fletcher |
| | 1/9/2017 | Esquire Deposition Solutions | $ 295.50 | Video Depo of Fletcher |
| | 2/17/2017 | Personal Court Reporters, Inc. | $ 545.00 | Video Depo of Munoz |
| | 2/17/2017 | Personal Court Reporters, Inc. | $ 450.35 | Depo of Munoz |
| Witness fees | 1/12/2017 | Rodger Brunson | $ 40.00 | Depo |
| | 1/12/2017 | Tammie Cheney | $ 46.00 | Depo |
| | 1/12/2017 | Harold Munoz | $ 56.00 | Depo |
| | 6/11/2017 | Rodger Brunson | $ 40.00 | Trial Testimony |
| Mediation | 9/5/2017 | Madison, Mroz, Steinman & Dekleva, PA | $ 1,467.38 | |
| **TOTAL** | | | **$ 6,078.05** | |

**MADISON, MROZ, STEINMAN
& DEKLEVA, P.A.**
PROFESSIONAL ASSOCIATION
ATTORNEYS & COUNSELORS AT LAW

Please reference our
account number on your
payment or include a copy
of the invoice.

P.O. BOX 25467
ALBUQUERQUE, NM 87125-5467

TELEPHONE (505) 242-2177

FACSIMILE (505) 242-7184

Mediation
Lisa C. Ortega, Esq.
Dickason, Sloan, Akin & Robb, P.A.
201 3rd St., NW, Suite 2200
Albuquerque  NM  87102

09/05/2017
Account No: 1503-17039M
Statement No:            1

Malone v. Eden

|  |  |  | Hours |  |
|---|---|---|---|---|
| 08/28/2017 |  |  |  |  |
| WCM | Read materials provided by the parties in preparation for mediation |  | 2.40 | 780.00 |
| 08/31/2017 |  |  |  |  |
| WCM | Attend mediation |  | 6.00 | 1,950.00 |
|  | For Current Services Rendered |  | 8.40 | 2,730.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| William C. Madison | 8.40 | $325.00 | $2,730.00 |
| Sales Tax on Services |  |  | 204.75 |
| Total Current Work |  | NOTE: YOUR SHARE OF THE BALANCE DUE IS $ 1,467.38 | 2,934.75 |
| Balance Due |  | (Please reference our account number on your check.) | $2,934.75 |

*Gerard Watson*
*# 15059*

Print this page

# Envelope 1492627

**Case Information**

| | |
|---|---|
| Location | Santa Fe County |
| Date Filed | 05/08/2015 03:02:08 PM |
| Case Number | |
| Case Description | |
| Assigned to Judge | |
| Attorney | Mark Caruso |
| Firm Name | Caruso Law Offices, P.C |
| Filed By | Carolyn Baca |

**Fees**

| | |
|---|---|
| Convenience Fee | $4.70 |
| Total Court Case Fees | $132.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $6.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $142.70 |

*5/8/15 paid posted*

**Payment**

| | |
|---|---|
| Account Name | Caruso Law Offices, P.C. |
| Transaction Amount | $142.70 |
| Transaction Response | |
| Transaction ID | 2289326 |
| Order # | 001492627-0 |

---

## OPN: PETITION

| | |
|---|---|
| Filing Type | EFile |
| Filing Code | OPN: PETITION |
| Filing Description | Open Petition on behalf of Tonya Michelle Malone |
| Reference Number | 87101 |
| Comments | Open Patition |
| Status | Submitting |

**Fees**

| | |
|---|---|
| Court Fee | $0.00 |



1st      also      15059
                   Watson

Print this page

# Envelope 1740075

**Case Information**

| | |
|---|---|
| Location | Santa Fe County |
| Date Filed | 10/01/2015 09:50:32 AM |
| Case Number | |
| Case Description | |
| Assigned to Judge | |
| Attorney | Mark Caruso |
| Firm Name | Caruso Law Offices, P.C |
| Filed By | Diana Totton |

10/1/15 posted

**Fees**

| | |
|---|---|
| Convenience Fee | $4.70 |
| Total Court Case Fees | $132.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $6.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $142.70 |

**Payment**

| | |
|---|---|
| Account Name | Caruso Law Offices, P.C. |
| Transaction Amount | $142.70 |
| Transaction Response | |
| Transaction ID | 2648770 |
| Order # | 001740075-0 |

---

**OPN: COMPLAINT**

| | |
|---|---|
| Filing Type | EFile |
| Filing Code | OPN: COMPLAINT |
| Filing Description | Plaintiff Tonya Michelle Malone's Complaint for Wrongful Death, Punitive Damages and Other Damages |
| Reference Number | 15059 Watson |
| Comments | |
| Status | Submitting |
| **Fees** | |
| Court Fee | $0.00 |

15059

Print this page

# Case # D-101-CV-2015-02175 - In The Matter Of Gerard Watson (Mathew, Francis J.)

## Case Information

| | |
|---|---|
| Location | Santa Fe County |
| Date Filed | 10/05/2015 11:10:19 AM |
| Case Number | D-101-CV-2015-02175 |
| Case Description | In The Matter Of Gerard Watson |
| Assigned to Judge | Mathew, Francis J. |
| Attorney | Mark Caruso |
| Firm Name | Caruso Law Offices, P.C |
| Filed By | Diana Totton |

10/5/15 posted

## Fees

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $6.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $6.00 |

## Payment

| | |
|---|---|
| Account Name | Caruso Law Offices, P.C. |
| Transaction Amount | $6.00 |
| Transaction Response | |
| Transaction ID | 2655905 |
| Order # | 001745353-0 |

---

## ISSUANCE OF SUMMONS

| | |
|---|---|
| Filing Type | EFile |
| Filing Code | ISSUANCE OF SUMMONS  x4 |
| Filing Description | Issuance of Summons for CRST |
| Reference Number | 15059 Watson |
| Comments | |
| Status | Submitted |

Print this page



# Case # D-101-CV-2015-02175 - In The Matter Of Gerard Watson (Mathew, Francis J.)

### Case Information

| | |
|---|---|
| Location | Santa Fe County |
| Date Filed | 10/12/2015 04:39:57 PM |
| Case Number | D-101-CV-2015-02175 |
| Case Description | In The Matter Of Gerard Watson |
| Assigned to Judge | Mathew, Francis J. |
| Attorney | Mark Caruso |
| Firm Name | Caruso Law Offices, P.C |
| Filed By | Diana Totton |

### Fees

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $6.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $6.00 |

### Payment

| | |
|---|---|
| Account Name | Caruso Law Offices, P.C. |
| Transaction Amount | $6.00 |
| Transaction Response | |
| Transaction ID | 2673678 |
| Order # | 001759584-0 |

### SUMMONS RETURN

| | |
|---|---|
| Filing Type | EFile |
| Filing Code | SUMMONS RETURN |
| Filing Description | Summons Return on CRST |
| Reference Number | 15059 Watson |
| Comments | |
| Status | Submitting |

Print this page

*2   Malone vs.*

# Case # D-101-CV-2015-02175 - Tonya Michelle Malonevs Gary Eden, et al. (Mathew, Francis J.)

## Case Information

| | |
|---|---|
| Location | Santa Fe County |
| Date Filed | 10/19/2015 11:50:45 AM |
| Case Number | D-101-CV-2015-02175 |
| Case Description | Tonya Michelle Malonevs Gary Eden, et al. |
| Assigned to Judge | Mathew, Francis J. |
| Attorney | Mark Caruso |
| Firm Name | Caruso Law Offices, P.C |
| Filed By | Diana Totton |

## Fees

*10/19/15 posted*

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $6.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $6.00 |

## Payment

| | |
|---|---|
| Account Name | Caruso Law Offices, P.C. |
| Transaction Amount | $6.00 |
| Transaction Response | |
| Transaction ID | 2690480 |
| Order # | 001772065-0 |

---

## SUMMONS RETURN

| | |
|---|---|
| Filing Type | EFile |
| Filing Code | SUMMONS RETURN |
| Filing Description | Summons Return and Affidavit of Service - Fletcher |
| Reference Number | 15059 - Watson |
| Comments | |

Paul D. Barber & Scott E. Borg
**BARBER & BORG, LLC**
3816 Carlisle Blvd. NE, Suite C
P.O. Box 30745
Albuquerque, NM 87190-0745
Office: (505) 884-0004 / Fax: (505) 884-0077
Email: paul@barberborg.com; scott@barberborg.com

January 12, 2017

Bosco Legal Services, Inc.
4651 Brookhollow Circle
Suite C
Riverside, CA 92509

Dear Sir or Madam:

Thank you for agreeing to serve the enclosed Notice of Video Deposition and Subpoena on the witness Harold Munoz. We request that you also give Mr. Munoz the enclosed letter and witness check. The address that we have for Harold Munoz is listed on the Notice and letter. His phone number may be 909-349-5866. Mr. Munoz may work as a driver for UPS.

If you have any difficulty in locating and serving Mr. Munoz, please call our office.

Enclosed is our check for $75.00 for your services. Thank you in advance for your help.

Sincerely yours,

BARBER & BORG, LLC

Nancy Mohr
Paralegal to Paul D. Barber

/nm
Enclosures

**Barber & Borg, LLC**
Bosco Legal Services, Inc.
Process Service

Service of Process on Harold Munoz

1/12/2017

13273

75.00

PAYMENT RECORD

Operating Checking A    Service of Process

100651

75.00

10065  J126876 (7/16)

Rev 2/14

ASAP Process Service, LLC
230 1st Ave E
P.O. Box 607
Lisbon, Ia. 52253
319-455-2490  Cell 319-560-5750

# ASAP Process Invoice

| Date | Document No. |
|------|--------------|
| 1/19/2017 | 170024 |

**PAID**
**01/17/2017**

| Bill To | | Plainff vs Defendant | |
|---------|---|---------------------|---|
| Barber & Borg LLC<br>P.O. Box 30745<br>Albuquerque,NM 87190 | | Tammie Cheney<br>1889 E Berry Rd SE<br>Cedar Rapids,Ia | |

| Client No | Due Date | Date Received | Date of Served | Time of Served | Name Served | Docket No |
|-----------|----------|---------------|----------------|----------------|-------------|-----------|
| Nancy Mohr | 1/19/2017 | 1/17/2017 | 1/18/17 | 815pm | Tammie Cheney | 1:15-cv-01009 MV/... |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Court Civil Subpoena | | 60.00 | 60.00 |

RECEIVED
JAN 2 3 2017

Thank You for using ASAP Services

ALL INVOICES ARE DUE UPON RECEIPT

| **Total** | $60.00 |
|-----------|--------|
| **Balance Due** | $0.00 |

Paul D. Barber & Scott E. Borg
## BARBER & BORG, LLC
3816 Carlisle Blvd. NE, Suite C
P.O. Box 30745
Albuquerque, NM 87190-0745
Office: (505) 884-0004 / Fax: (505) 884-0077
Email: paul@barberborg.com; scott@barberborg.com

January 12, 2017

ASAP Process Service
P.O. Box 607
Lisbon, IA 52253

Re:    Malone v. Eden

Dear Sir:

    Thank you for agreeing to serve the enclosed Notice of Video Deposition and Subpoena on the witness Tammie Cheney.  We request that you also give to Ms. Cheney the enclosed letter and witness check.  The address that we have for Ms. Cheney is listed on the Notice and the letter.

    If you have any difficulty in locating and serving Ms. Cheney, please call our office.

    Enclosed is our check for $60.00 for your service.  Thank you in advance for your help.

                Sincerely yours,

                BARBER & BORG, LLC

                Nancy Mohr

                Nancy Mohr
                Paralegal to Paul D. Barber

/nm
Enclosures

**Barber & Borg, LLC**

| | | | | | 13274 |
|---|---|---|---|---|---|
| ASAP Process Service | | | 1/12/2017 | | |
| Process Service | service of process on Tammie Cheney | | | | 60.00 |



Operating Checking A    Process service                                   60.00



10065  J126676 (7/16)



100651

Rev 2/14

**Garcia Process Serving**
PO Box 35784
Albuquerque, NM  87176
505-400-6140

# Invoice

Number: **9549**

Date:  **June 18, 2019**

Barber & Borg
3816 Carlisle Blvd. NE, Ste. C
Albuquerque, NM 87107

| Date | Description | . | Amount |
|------|-------------|---|--------|
| 6/12/19 10:01 am | -1 Subpoena served on: Agent Rodger Brunson c/o Lt. Shane Arthur 4615 Hawkins St. NE Albuquerque, NM  87109 - Client:  Tonya Mahone | | 40.00 |

| | |
|---|---|
| **Sub-Total** | **$40.00** |
| State Tax 7.875% on 40.00 | 3.15 |
| **Total** | **$43.15** |


received
6·19·19

**Garcia Process Serving**
PO Box 35784
Albuquerque, NM 87176
505-400-6140

# Invoice

Number: **7494**

Date: **October 12, 2015**

15059

Caruso Law Offices, P.C.
4302 Carlisle Blvd. NE
Albuquerque, NM 87107

| Date | Description | . | Amount |
|------|-------------|---|--------|
| 10/7/15<br>4:41 pm | −1 Summons served on:<br>CRST Expedited, Inc.<br>c/o National Corporate Research, LTD.<br>Dorothy Ptacek, agent<br>1012 Marquez Pl., Ste. 106-B<br>Santa Fe, NM 87505<br>- Mileage: 127 miles<br>- Client: Estate of Gerard Watson | | 30.00<br><br><br>38.10 |

10/13/15
#34425
#73.00

| | | |
|---|---|---|
| Sub-Total | | $68.10 |
| State Tax 7.1875% on 68.10 | | 4.90 |
| Total | | $73.00 |

## CHECK REQUEST

**Case Name:   Gerard Watson          Case# 15059**

**Pay to the Order of :  Valley Wide Process Service**

**Amount of Check: $ 50.00**

**For:  Service of Summons and Complaint on Defendant Gary Eden**

**Check requested by:** dt

**Date Paid** 10/7/15          **Check #** 34400

**Valley Wide Process Service**
**14215 North 20th Way**
**Phoenix, AZ 85022**

# CHECK REQUEST

Case Name:  Gerard Watson                    Case# 15059

Pay to the Order of : ~~Office of Superintendent of Insurance~~ Anderson Investigations

Amount of Check: $ 75.00

For:  Service of Alias Summons, Complaint on Jacqueline R. Fletcher

Check requested by: _dt_

Date Paid  5/6/16        Check # 35/90

**Anderson Investigations**
**597 Rolling Rock Court**
**Clarksville, TN 37043**

**Mark J. Caruso**
Attorney At Law
Licensed in NM & CA

**Evan Woodward**
Attorney At Law
Licensed in NM

www.carusolaw.com



**CARUSO**
L A W     O F F I C E S
*Personal Injury & Wrongful Death Attorneys*

*Main Office*
4302 Carlisle Blvd NE
Albuquerque, NM 87107
Tel: (505) 883-5000
Fax: (505) 883-5012

*Westside Office*
2929 Coors Blvd. NW
Suite 310E
Albuquerque, NM 87120
Tel: (505) 369-1361
Fax: (505) 883-5012

July 15, 2019

Hamilton County Sheriff
Attn: Civil Process
6233 Dayton Blvd.
Hixson, TN 37343

### Re: Malone v. Eden, et al; USDC Case No.: 15-cv-1009 SMV-KBM

Ladies and Gentlemen:

Enclosed please find our check numbered 35243 in the amount of $28 for service of the Alias Summons, Complaint for Wrongful Death, Punitive Damages and Other Damages, and Notice of Removal to Federal Court in the above-referenced matter for service on Jacqueline R. Fletcher, at the address listed on Alias Summons, along with a self-addressed, stamped envelope completed Summons Return . Also enclosed is a photo of Jacqueline R. Fletcher for use in identification.

Thank you for your assistance in this matter. Please feel free to contact the undersigned should you have any questions regarding this service of process.

### CARUSO LAW OFFICES, P.C.

Diana Totton, Paralegal
diana@carusolaw.com

/dt
Enclosures – as noted



NICOLETTI & HARRIS, INC.
*PROCESS SERVING AND ATTORNEY SERVICES*

## Bill To:

Caruso Law Offices
4302 Carlisle Blvd Ne
Albuquerque NM, 87107
Accounts Payable

# INVOICE

| | |
|---|---|
| Invoice | 117737 |
| Date | 2/2/2016 |

**Case Information:** Tonya Michelle Malone, as Personal Representative of the Estate of Gerard Watson, Deceased
Plaintiff

vs.

Gary Eden, Et Al
Defendant

Court:      United States District Court

Docket/Index#:      15-CV-01009 SMV-KBM

Firm's File #

Contact: Diana Totton

| Defendant/Witness/Description | Additional Costs | Date Of Service | Sales Tax | Fee | Totals |
|---|---|---|---|---|---|
| | National Union Fire Insurance Company 175 Water Street 18th Floor New York, NY 10038 For Attempt At Service Made On 12/23/2015 At 11:11 AM | 12/23/2015 | $0.00 | $69.95 | $69.95 |
| | **Invoice Totals** | | **$0.00** | **$69.95** | **$69.95** |

### Payments Received

| Date | Reference | Type | Note | Amount |
|---|---|---|---|---|
| 2/2/2016 | 34661 | Prepayment | Payment made from prepaid amount for the case | $69.95 |
| | | | **Amount Paid**    **$69.95** | **Balance**    **$0.00** |



http://www.ina-inc.com

E-mail: info@ina-inc.com

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 3/25/2016 | 113865 |

## Information Network Associates, Inc.

P. O. Box 60515
5235 N. Front Street
Harrisburg, PA 17106-0515
EIN # 23-2220525

Phone #   717-599-5505

Fax #    717-599-5507

| BILL TO | | | |
|---------|---|---|---|
| Diana Trotton<br>Caruso Law Offices<br>4302 Carlisle Blvd., NE<br>Albuquerque, NM 87107 | CASE / FILE # | CLAIM / REF # | CLAIMANT NAME |
| | Process Service | Fletcher | |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Attempt to serve Jacqueline R. Fletcher a/k/a Jacqueline R. Urrutia | 60.00 |

*Watson, Gerard*
*4/4/16*
*.35 056*

| | AMOUNT DUE | $60.00 |
|---|------------|--------|

**STATE PI LICENSE #'S**
**MD  106-2981  NJ  7164  PA  1313MD2010**

The report/record(s) noted, attached to this report, or forwarded under separate cover are for information purposes only.  No warranty of any nature whatsoever is given by INA to the customer or to any third party as to the accuracy or completeness of the information/record(s) referred to herein. INA is not responsible to the customer nor to any third party for any injury, damage, claim, or other liability arising out of, or caused by, any error or omission contained in this report.

PAYMENT IS DUE UPON RECEIPT OF INVOICE (A FINANCE CHARGE OF 1.5% PER MONTH, 18% PER ANNUM, WILL BE ADDED TO ALL UNPAID BALANCES AFTER 30 DAYS).  TO INSURE PROPER CREDIT, PLEASE REFER TO INVOICE NUMBER ON YOUR CHECK AND DIRECT REMITTANCE TO ADDRESS SHOWN IN THE TOP LEFT CORNER.



http://www.ina-inc.com

E-mail: info@ina-inc.com

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 10/12/2015 | 112219 |

**PAID**

**Information Network Associates**

P. O. Box 60515
5235 N. Front Street
Harrisburg, PA 17106-0515
EIN # 23-2220525

Phone #     717-599-5505

Fax #       717-599-5507

| BILL TO | | | |
|---------|--|--|--|
| Diana Trotton<br>Caruso Law Offices<br>4302 Carlisle Blvd., NE<br>Albuquerque, NM 87107 | | | |
| | CASE / FILE # | CLAIM / REF # | CLAIMANT NAME |
| | Process Service | | |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| RE: State of New Mexico Count of Santa Fe First Judicial District No. D-101-CV-2015-02175; Tony Michelle Malone, as Personal Representative of the Estate of Gerard Watson, Deceased vs. Gary Eden, Jacqueline R. Fletcher, CRST Expedited, Inc. and National Union Fire Insurance Company and XYZ Corp. | 50.00 |
| Process service on Jacqueline R. Fletcher in the above mentioned matter | |
| Less payment received on 10/12/15 with check #34399. | -50.00 |

| **AMOUNT DUE** | $0.00 |
|----------------|-------|

**STATE PI LICENSE #'S**
**MD 106-2981  NJ 7164  PA 1313MD2010**

The report/record(s) noted, attached to this report, or forwarded under separate cover are for information purposes only.  No warranty of any nature whatsoever is given by INA to the customer or to any third party as to the accuracy or completeness of the information/record(s) referred to herein. INA is not responsible to the customer nor to any third party for any injury, damage, claim, or other liability arising out of, or caused by, any error or omission contained in this report.

PAYMENT IS DUE UPON RECEIPT OF INVOICE (A FINANCE CHARGE OF 1.5% PER MONTH, 18% PER ANNUM, WILL BE ADDED TO ALL UNPAID BALANCES AFTER 30 DAYS).  TO INSURE PROPER CREDIT, PLEASE REFER TO INVOICE NUMBER ON YOUR CHECK AND DIRECT REMITTANCE TO ADDRESS SHOWN IN THE TOP LEFT CORNER.



**ESQUIRE**

DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Proxy Invoice   SO0486925*

| | | | |
|---|---|---|---|
| **Date** | 6/27/2017 | **Client Number** | C307579 |
| **Terms** | COD | **Esquire Office** | Phoenix |
| **Due Date** | | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client Claim/Matter #** | 684-434767 |
| | | **Date of Loss** | |

**Bill To**
Caruso Law Office - Albuquerque
4302 Carlisle Boulevard NE
Albuqueque NM 87107

**Ship To Address**
Caruso Law Office - Albuquerque
Caruso, Mark
4302 Carlisle Boulevard NE
Albuqueque NM 87107

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 6/20/2017 | J0597681 | Albuquerque, NEW MEXICO | TONYA MICHELLE MALONE VS. GARY EDEN, JACQUELINE ... |

| Description | Qty | Unit Rate | Amount | Deponent |
|---|---|---|---|---|
| SYNCHRONIZED VIDEO-SAN-SUM-TD | 2 | 75.00 | 150.00 | Tonya Michelle Mahone |
| HANDLING FEE | 1 | 0.00 | 0.00 | Tonya Michelle Mahone |

| | |
|---|---|
| **Subtotal** | 150.00 |
| **Shipping Cost (FedEx)** | 22.95 |
| **Total** | $172.95 |

---

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | Caruso Law Office - Albuquerque |
| **Client #** | C307579 |
| **Invoice #** | SO0486925 |
| **Invoice Date** | 6/27/2017 |
| **Due Date** | |
| **Amount Due** | $ |


# ESQUIRE

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Proxy Invoice** 486923

| | | | |
|---|---|---|---|
| **Date** | 6/27/2017 | **Client Number** | C307579 |
| **Terms** | COD | **Esquire Office** | Phoenix |
| **Due Date** | | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client Claim/Matter #** | 684-434767 |
| | | **Date of Loss** | |

**Bill To**
Caruso Law Office - Albuquerque
4302 Carlisle Boulevard NE
Albuqueque NM 87107

**Ship To Address**
Caruso Law Office - Albuquerque
Caruso, Mark
4302 Carlisle Boulevard NE
Albuqueque NM 87107

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 6/20/2017 | J0597681 | Albuquerque, NEW MEXICO | TONYA MICHELLE MALONE VS. GARY EDEN, JACQUELINE ... |

| Description | Qty | Unit Rate | Amount | Deponent |
|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-WI | 65 | 3.60 | 234.00 | Tonya Michelle Mahone |
| CONDENSED TRANSCRIPT | 1 | 30.00 | 30.00 | Tonya Michelle Mahone |
| EXHIBITS W/TABS | 3 | 0.50 | 1.50 | Tonya Michelle Mahone |
| DIGITAL TRANSCRIPT-PDF-PTX | 1 | 45.00 | 45.00 | Tonya Michelle Mahone |
| HANDLING FEE | 1 | 20.00 | 20.00 | Tonya Michelle Mahone |
| WITNESS READ & SIGN PACKET | 1 | 0.00 | 0.00 | Tonya Michelle Mahone |

*7/21/17*
*36210*

| | |
|---|---|
| **Subtotal** | 330.50 |
| **Shipping Cost (FedEx)** | 22.95 |
| **Total** | $353.45 |

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | Caruso Law Office - Albuquerque |
| **Client #** | C307579 |
| **Invoice #** | SO0486923 |
| **Invoice Date** | 6/27/2017 |
| **Due Date** | |
| **Amount Due** | $ |



**602.258.1440**
f.602.258.2062

www.coashandcoash.com

**1802 N. 7th Street**
**Phoenix, AZ 85006**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 109435 | 3/9/2017 | 1038413 |
| **Job Date** | **Case No.** | |
| 2/16/2017 | 1:15-CV-01009 MV/KBM | |
| **Case Name** | | |
| Tonya Malone vs. Gary Eden | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Paul Barber
Barber & Borg, L.L.C.
PO Box 30745
Albuquerque NM  87190-0745

---

Video of:
   <mark>Gary Eden</mark>

|  |  |
|---|---|
| 1 Hour Set-Up | 0.00 |
| First two hours | 225.00 |
| Digital Media Stock | 30.00 |
| Duplication (DVD) | 50.00 |
| Shipping & Handling (Ground) | 15.00 |
| **TOTAL DUE >>>** | **$320.00** |

Video sent on 03-09-17.
We now accept Visa or MasterCard payments with a 4% convenience fee.

---

**Tax ID:** 860409007                                        Phone: 505-884-0004   Fax:

*Please detach bottom portion and return with payment.*

Paul Barber
Barber & Borg, L.L.C.
PO Box 30745
Albuquerque NM  87190-0745

| Invoice No. | : | 109435 |
|---|---|---|
| Invoice Date | : | 3/9/2017 |
| **Total Due** | : | **$320.00** |

Remit To:  **Coash & Coash, Inc.**
           **1802 N. 7th Street**
           **Phoenix AZ  85006**

| Job No. | : | 1038413 |
|---|---|---|
| BU ID | : | PHX-VID |
| Case No. | : | 1:15-CV-01009 MV/KBM |
| Case Name | : | Tonya Malone vs. Gary Eden |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 109223 | 3/6/2017 | 1038412 |
| **Job Date** | **Case No.** | |
| 2/16/2017 | 1:15-CV-01009 MV/KBM | |
| **Case Name** | | |
| Tonya Malone vs. Gary Eden | | |
| **Payment Terms** | | |
| Due upon receipt | | |

602.258.1440
f.602.258.2062

coashandcoash.com

1802 N. 7th Street
Phoenix, AZ 85006

Paul Barber
Barber & Borg, L.L.C.
PO Box 30745
Albuquerque NM 87190-0745

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Gary Eden | 73.00 | Pages | 306.60 |
| 5-Day Expedite | | | 61.32 |
| Exhibit | 6.00 | Pages | 1.80 |
| Minimum Appearance Fee | | | 100.00 |
| Adobe PDF Bundle | | | 25.00 |
| Shipping & Handling (Ground) | | | 15.00 |

**TOTAL DUE >>>**  **$509.72**

**Shipping charges for the return of the original only**

Transcript transmitted on:   02-23-17
We now accept Visa or MasterCard payments with a 4% convenience fee.

**Tax ID:** 86-0409007

Phone: 505-884-0004    Fax:

---

*Please detach bottom portion and return with payment.*

Paul Barber
Barber & Borg, L.L.C.
PO Box 30745
Albuquerque NM 87190-0745

| | | |
|---|---|---|
| Invoice No. | : | 109223 |
| Invoice Date | : | 3/6/2017 |
| **Total Due** | : | **$509.72** |

Remit To:   **Coash & Coash, Inc.**
**1802 N. 7th Street**
**Phoenix AZ 85006**

| | | |
|---|---|---|
| Job No. | : | 1038412 |
| BU ID | : | AZRS-DEP |
| Case No. | : | 1:15-CV-01009 MV/KBM |
| Case Name | : | Tonya Malone vs. Gary Eden |



# ESQUIRE

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice*  **INV0918231**

| | |
|---|---|
| **Date** | 1/27/2017 |
| **Terms** | Net 30 |
| **Due Date** | 2/26/2017 |

| | |
|---|---|
| **Client Number** | C22591 |
| **Esquire Office** | Phoenix |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client Claim/Matter #** | 684-434767 |
| **Date of Loss** | |

**Bill To**

Barber & Borg - Albuquerque
Suite C
3816 Carlisle Boulevard Ne
Albuquerque NM 87107

**Services Provided For**

Barber & Borg - Albuquerque
Barber, Paul D
Suite C
3816 Carlisle Boulevard Ne
Albuquerque NM 87107

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 1/9/2017 | J0493811 | Chattanooga, TENNESSEE | TONYA MICHELLE, MALONE VS. EDEN, GARY |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-WI | JACQUELINE R. FLETCHER | 233 | 2.75 | 640.75 |
| DIGITAL TRANSCRIPT-PDF-PTX | JACQUELINE R. FLETCHER | 1 | 30.00 | 30.00 |
| EXHIBITS W/TABS | JACQUELINE R. FLETCHER | 116 | 0.50 | 58.00 |
| ASCII | JACQUELINE R. FLETCHER | 1 | 30.00 | 30.00 |
| WITNESS READ & SIGN LETTER | JACQUELINE R. FLETCHER | 1 | 17.50 | 17.50 |
| HANDLING FEE | JACQUELINE R. FLETCHER | 1 | 0.00 | 0.00 |
| EXHIBITS CD-ROM | JACQUELINE R. FLETCHER | 1 | 35.00 | 35.00 |

**RECEIVED**

FEB - 2 2017

BY: ..........................

| | |
|---|---|
| **Subtotal** | 811.25 |
| **Shipping Cost (FedEx)** | 22.95 |
| **Total** | 834.20 |
| **Amount Due** | $834.20 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | Barber & Borg - Albuquerque |
| **Client #** | C22591 |
| **Invoice #** | INV0918231 |
| **Invoice Date** | 1/27/2017 |
| **Due Date** | 2/26/2017 |
| **Amount Due** | $ 834.20 |

 ESQUIRE

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice* **INV0919750**

| | |
|---|---|
| **Date** | 1/30/2017 |
| **Terms** | Net 30 |
| **Due Date** | 3/1/2017 |

| | |
|---|---|
| **Client Number** | C22591 |
| **Esquire Office** | Phoenix |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client Claim/Matter #** | 684-434767 |
| **Date of Loss** | |

**Bill To**

Barber & Borg - Albuquerque
Suite C
3816 Carlisle Boulevard Ne
Albuquerque NM 87107

**Services Provided For**

Barber & Borg - Albuquerque
Barber, Paul D
Suite C
3816 Carlisle Boulevard Ne
Albuquerque NM 87107

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 1/9/2017 | J0493811 | Chattanooga, TENNESSEE | TONYA MICHELLE, MALONE VS. EDEN, GARY |

| Description | | Qty | | Total |
|---|---|---|---|---|
| DIGITAL MEDIA: DVD | Jacqueline R. Fletcher | 4 | 65.00 | 260.00 |
| HANDLING FEE | Jacqueline R. Fletcher | 1 | 0.00 | 0.00 |

RECEIVED
FEB - 3 2017
BY: .............................

| | |
|---|---|
| **Subtotal** | 260.00 |
| **Shipping Cost (FedEx)** | 35.50 |
| **Total** | 295.50 |
| **Amount Due** | $295.50 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | Barber & Borg - Albuquerque |
| **Client #** | C22591 |
| **Invoice #** | INV0919750 |
| **Invoice Date** | 1/30/2017 |
| **Due Date** | 3/1/2017 |
| **Amount Due** | **$ 295.50** |

# INVOICE



## COURT REPORTERS, INC.
818.988.1900   www.personalcourtreporters.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88591 | 3/9/2017 | 92897 |

| Job Date | Case No. |
|---|---|
| 2/17/2017 | 1:15-CV-01009-MV/KBM |

| Case Name |
|---|
| Tonya Michelle Malone, Estate of Gerard Watson vs. Gary Eden, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Paul D. Barber
Barber & Borg, LLC
3816 Carlisle NE
Suite C
Albuquerque NM  87107-4547

VIDEO SERVICES:
Harold Munoz                                                                    545.00

TOTAL DUE  >>>                 **$545.00**

Thank you for choosing Personal Court Reporters!

Payment is due on receipt of invoice. Invoices over thirty (30) days old are considered past due and all discounts expire and monthly finance charges accrue at the rate of 10% per annum on the unpaid balance. In the event of legal action, any and all invoices and accumulated interest, PCR shall be entitled to an award of reasonable attorneys' fees and costs. This contract is entered into and governed by the State of California, County of Los Angeles.

Tax ID: 95-4838903

*Please detach bottom portion and return with payment.*

Paul D. Barber
Barber & Borg, LLC
3816 Carlisle NE
Suite C
Albuquerque NM  87107-4547

Job No.      :  92897          BU ID      : ONT-DEP
Case No.    :  1:15-CV-01009-MV/KBM
Case Name :  Tonya Michelle Malone, Estate of Gerard
                      Watson vs. Gary Eden, et al.
Invoice No. :  88591          Invoice Date  : 3/9/2017
**Total Due  :  $ 545.00**

Remit To:  **Personal Court Reporters, Inc.**
              **14520 Sylvan St**
              **Van Nuys CA  91411**

| PAYMENT WITH CREDIT CARD |  AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88111 | 3/2/2017 | 92896 |
| **Job Date** | **Case No.** | |
| 2/17/2017 | 1:15-CV-01009-MV/KBM | |
| **Case Name** | | |
| Tonya Michelle Malone, Estate of Gerard Watson vs. Gary Eden, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Paul D. Barber
Barber & Borg, LLC
3816 Carlisle NE
Suite C
Albuquerque NM 87107-4547

---

ORIGINAL AND ONE COPY OF TRANSCRIPT:

Harold R. Munoz

450.35

**TOTAL DUE >>>**      **$450.35**

Thank you for choosing Personal Court Reporters!

Payment is due on receipt of invoice. Invoices over thirty (30) days old are considered past due and all discounts expire and monthly finance charges accrue at the rate of 10% per annum on the unpaid balance. In the event of legal action, any and all invoices and accumulated interest, PCR shall be entitled to an award of reasonable attorneys' fees and costs. This contract is entered into and governed by the State of California, County of Los Angeles.

**Tax ID:** 95-4838903

---

*Please detach bottom portion and return with payment.*

Paul D. Barber
Barber & Borg, LLC
3816 Carlisle NE
Suite C
Albuquerque NM 87107-4547

| | | | |
|---|---|---|---|
| Job No. | : 92896 | BU ID | : ONT-DEP |
| Case No. | : 1:15-CV-01009-MV/KBM | | |
| Case Name | : Tonya Michelle Malone, Estate of Gerard Watson vs. Gary Eden, et al. | | |
| Invoice No. | : 88111 | Invoice Date | : 3/2/2017 |
| **Total Due** | : **$450.35** | | |

Remit To:   **Personal Court Reporters, Inc.**
            **14520 Sylvan St**
            **Van Nuys CA 91411**

| PAYMENT WITH CREDIT CARD | AMEX MASTERCARD VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:          Phone#: | |
| Billing Address: | |
| Zip:          Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Paul D. Barber & Scott E. Borg

**BARBER & BORG, LLC**

3816 Carlisle Blvd. NE, Suite C
P.O. Box 30745
Albuquerque, NM 87190-0745
Office: (505) 884-0004 / Fax: (505) 884-0077
Email: paul@barberborg.com; scott@barberborg.com

January 13, 2017

Officer Rodger Brunson
c/o New Mexico State Police
4615 Hawkins St. NE
Albuquerque, NM 87109

Re:  <u>Malone v. Eden</u>, 15-CV-1009

Dear Officer Brunson:

Thank you for agreeing to a deposition in the above-captioned matter on Monday, January 30, 2017.  Enclosed is a Notice of Video Deposition and Subpoena.  We have also enclosed a check for $40.00 as a witness fee.  This fee does not include your mileage reimbursement.  If you will let Mr. Barber know how many miles you traveled to the deposition, we will issue an additional check for you.

Enclosed is a copy of the crash report to refresh your memory.  If you have any questions or concerns, please call Mr. Barber at 505-884-0004.  Thank you.

Sincerely yours,

BARBER & BORG, LLC

Nancy Mohr
Paralegal to Paul D. Barber

/nm
Enclosures

**Barber & Borg, LLC**

**13272**

Rodger Brunson
Witness (non expert)

Witness Fee

1/12/2017

40.00



Operating Checking A   Witness Fee

40.00



10065  J126676 (7/16)

100651



Rev 2/14

Paul D. Barber & Scott E. Borg
**BARBER & BORG, LLC**
3816 Carlisle Blvd. NE, Suite C
P.O. Box 30745
Albuquerque, NM 87190-0745
Office: (505) 884-0004 / Fax: (505) 884-0077
Email: paul@barberborg.com; scott@barberborg.com

January 12, 2017

Tammie Cheney
1889 East Berry Rd.
Cedar Rapids, IA 52403

Re:   <u>Malone v. Eden et al.</u>, 15-CV-1009

Dear Ms. Cheney:

Enclosed is a Notice of Video Deposition and Subpoena from the United States District Court for the District of New Mexico. The reason for the Notice and Subpoena is that you are a former employee of CRST Expedited, Inc., who is a defendant in the above-captioned matter.

This matter is currently in litigation, and the parties would like to take your deposition. We have enclosed a check for $46.00 as a witness fee and mileage reimbursement.

If you have any questions or concerns, please call me at (505) 884-0004.

Sincerely,

BARBER & BORG, LLC

Paul D. Barber

PDB/nm
Enclosures

**Barber & Borg, LLC**
Tammie Cheney
Witness (non expert)

Witness Fee

1/12/2017

13271

46.00

PAYMENT
RECORD

Operating Checking A    Witness Fee

46.00

Rev 2/14

10065 J126676 (7/16)

100651

Paul D. Barber & Scott E. Borg

# BARBER & BORG, LLC

3816 Carlisle Blvd. NE, Suite C
P.O. Box 30745
Albuquerque, NM 87190-0745
Office: (505) 884-0004 / Fax: (505) 884-0077
Email: paul@barberborg.com; scott@barberborg.com

January 12, 2017

Harold Munoz
2349 N. Alameda Ave.
San Bernardino, CA 92404

Re:     Malone v. Eden, 15-CV-01009

Dear Mr. Munoz:

  Enclosed is a Notice of Video Deposition and Supoena from the United States District Court for the District of New Mexico. The reason for the Notice and Subpoena is that you were a witness to a fatal motor vehicle accident on Interstate 40 in New Mexico on June 22, 2013. I have enclosed a copy of the police report to refresh your memory.

  This matter is currently in litigation, and the parties would like to take your deposition in their attempt to gather as much information as possible about the crash. We have enclosed a check for $56.00 as a witness fee and mileage reimbursement.

  If you have any questions or concerns, please call me at (505) 884-0004.

    Sincerely,

    BARBER & BORG, LLC

    Paul D. Barber

PDB/nm
Enclosures

**Barber & Borg, LLC**
P.O. Box 30745
Albuquerque, NM 87190
(505) 884-0004

WELLS FARGO BANK, NA
95-219/1070

13270

1/12/2017

PAY TO THE
ORDER OF    Harold Munoz                                                    $ **56.00

Fifty-Six and 00/100************************************************************************************

DOLLARS

Harold Munoz

🔒 PROTECTED AGAINST FRAUD 🔒

MEMO   Witness fee

⑈013270⑈ ⑆107002192⑆ 1353747550⑈

---

Barber & Borg, LLC                                                          13270
    Harold Munoz
    Witness (non expert)          Witness Fee              1/12/2017
                                                                           56.00

Operating Checking A    Witness fee                                         56.00

Barber & Borg, LLC                                                          13270
    Harold Munoz
    Witness (non expert)          Witness Fee              1/12/2017
                                                                           56.00

PAYMENT RECORD

Operating Checking A    Witness fee                                         56.00





CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Barber & Borg, LLC**
P.O. Box 30745
Albuquerque, NM 87190
(505) 884-0004

**WELLS FARGO BANK, NA**
95-219/1070

15809

6/11/2019

PAY TO THE
ORDER OF _____ Rodger Brunson _____ $ **40.00

Forty and 00/100*********************************************************************************************** DOLLARS

Rodger Brunson

PROTECTED AGAINST FRAUD



MEMO   Witness Fee

Nath Anderson   MP

⑈015809⑈ ⑆107002192⑆ 1353747550⑈

---

**Barber & Borg, LLC**
Rodger Brunson                                                6/11/2019                          15809
Client Reimbursable Expenses:Witness (   Witness Fee                                              40.00

Operating Checking A   Witness Fee                                                                40.00