# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| TONYA MICHELLE MAHONE, as Personal Representative of the Estate of GERARD WATSON, Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>GARY EDEN, JACQUELINE R. FLETCHER, and CRST EXPEDITED, INC.,<br><br>    Defendants. | No. 1:15-cv-01009-PJK-KBM |

## ORDER

THIS MATTER comes on for consideration of the Motion to Withdraw as Counsel for Defendant Jacqueline R. Fletcher filed and served July 30, 2020 by Gallagher, Casados & Mann, P.C. (Nathan H. Mann, Harriett J. Hickman, and Darci A. Carroll). ECF No. 228. The motion is pursuant to D.N.M. LR-Civ. 83.8(b) and recited that objections to withdrawal must be filed within 14 days from the date of service of the motion and that a failure to timely object constitutes consent to grant the motion. No objections having been filed, the Motion is granted.

    IT IS SO ORDERED.

DATED this <u>18th</u> day of <u>August</u> 2020 at Santa Fe, New Mexico.

<u>/s/ Paul Kelly, Jr.</u>
United States Circuit Judge
Sitting by Designation